UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY L. HARRISON, | CASE NO. CV 16-5602-JAK (PJW) |
| Petitioner, | ORDER DISMISSING SECOND OR SUCCESSIVE HABEAS CORPUS PETITION |
| v. | AND DENYING CERTIFICATE OF APPEALABILITY |
| D. ASUNCION, WARDEN, | |
| Respondent. | |

Before the Court is Petitioner's second attempt to challenge his 2004 state conviction for second degree robbery and resultant 15-year sentence. His first petition was denied on the merits by this Court in March 2010. (*Harrison v. Hedgpeth*, CV 07-6068-JSL (PJW), March 17, 2010 Order.) Petitioner appealed that decision but the Ninth Circuit Court of Appeals denied his request for a certificate of appealability. (*Harrison v. Hedgpeth*, No. 10-55659, March 20, 2012 Order.)

Absent authorization from the Ninth Circuit, Petitioner may not bring another habeas petition challenging his conviction and/or sentence in this court. *See* 28 U.S.C. § 2244; *see also Burton v. Stewart*, 549 U.S. 147, 157 (2007) (holding district court lacks jurisdiction to consider the merits of a second or successive petition

absent prior authorization from the circuit court).  For this reason, the Petition is dismissed.

The Court further finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action.  *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: August 18, 2016

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

Presented by:

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE