JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LARRY L. HARRISON, | ) | CASE NO. CV 16-5602-JAK (PJW) |
|         Petitioner, | ) ) ) | J U D G M E N T |
|     v. | ) ) | |
| D. ASUNCION, WARDEN, | ) ) | |
|         Respondent. | ) ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>August 18, 2016</u>.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE